# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN
## BUFFALO DIVISION

| | |
|---|---|
| Darlene Hangen-Hall and Matthew Rhoades, individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>- against -<br><br>The Procter & Gamble Company,<br><br>               Defendant | 1:23-cv-00218-GWC |

Plaintiffs give notice that this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   January 5, 2024

                                                   Respectfully submitted,

                                                   Sheehan & Associates, P.C.
                                                   /s/Spencer Sheehan
                                                   Spencer Sheehan
                                                   spencer@spencersheehan.com
                                                   60 Cuttermill Rd Ste 412
                                                   Great Neck NY 11021
                                                   Tel: (516) 268-7080

2

**Certificate of Service**

I certify that on January 5, 2024, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan